IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-rj-00016-KLM

MURIEL SIEBERT & SONS, INC.,

    Plaintiff,

v.

ELIZABETH FINKLE-SANS,

    Defendant, and

COLORADO STATE BANK AND TRUST COMPANY,

    Garnishee.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Hiram D. Gordon's **Motion to Withdraw as Counsel for Plaintiff** [Docket No. 8; Filed December 15, 2009] (the "Motion").  Plaintiff has filed a Notice of Voluntary Dismissal of the case [Docket No. 7; Filed December 14, 2009].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Hiram D. Gordon is relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk is instructed to terminate Hiram D. Gordon as attorney of record and to remove his name from the electronic certificate of mailing.

Dated:  January 4, 2010